

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2020

No. 04-19-00860-CV

**IN RE VILORE FOODS COMPANY, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Patricia O. Alvarez, Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

The Respondent's Motion for Extension of Time to File Response to Relator's Petition for Writ of Mandamus is hereby GRANTED. Time is extended to February 14, 2020.

It is so **ORDERED** on January 17, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CVF00316 D1, styled *Catalina Castillo v. Vilore Foods Company, Inc. and Raymundo Bretano*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.